UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

X------------------------------------------------------------------------X

In re

    PIMLICO GROUP, LLC

                     Alleged Debtor.

Involuntary
Chapter 7

Case No.: 25-35129 (KYP)

X------------------------------------------------------------------------X

### ORDER TO DISMISS THE INVOLUNTARY PETITION UNDER 11 U.S.C. § 303 AND AWARDING COSTS AND SANCTIONS

Upon the motion (the "Motion") of **PIMLICO GROUP, LLC**, the alleged debtor (the "Alleged Debtor") in this involuntary Chapter 7 case commenced by Petitioner Sam Braun Davis (the "Petitioner"), to dismiss involuntary petition and amended involuntary petition (together referred to as the "Involuntary Petition") under 11 U.S.C. § 303; (ii) for costs, sanctions and punitive damages against the Petitioner under 11 U.S.C. § 303(i)(1) and (2); and (iii) for such other and further relief as this Court may deem proper; and it appearing that notice of such motion was duly served; and it further appearing that no objections were interposed; and it further appearing that a hearing on the merits of the Motion was held before the Court on March 25, 2025; it further appearing the petitioner acted in bad faith and that his claim was wholly unsubstantiated; and good cause appearing therefore, it is hereby

    **ORDERED** that the Motion is granted as set forth herein; and it is further

    **ORDERED,** that the Involuntary Debtor's case is dismissed under 11 U.S.C. § 303; and it is further

    **ORDERED**, that costs are awarded to the Involuntary Debtor under 11 U.S.C. §303(i)(1) payable by the Petitioner in the amount of $10,000.00 which Petitioner shall pay to the Involuntary Debtor within 20 days of the date hereof; and it is further

1

**ORDERED**, that sanctions are awarded to the Involuntary Debtor under 11 U.S.C. §303(i)(2) payable by the Petitioner in the amount of $5,000.00 which Petitioner shall pay to the Involuntary Debtor within 20 days of the date hereof.



**Dated: April 17, 2025**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**

2